UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MOSHE BENZION LANDAU
Individually and on behalf of all others similarly situated,
    Plaintiff,

v.                    CASE NO.: 2:21-cv-15960

ALLIED ACCOUNT SERVICES, Inc.

    Defendant.

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 3/11/2022**

## JOINT STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 10, 2022

| For Plaintiff Moshe Benzion Landau | For Defendant Allied Account Services, Inc. |
|---|---|
| */s/ Eliyahu Babad* <br> Eliyahu Babad <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> 201-282-6500 <br> ebabad@steinsakslegal.com | */s/ Ronald Michael Metcho, II* <br> Ronald Michael Metcho, II <br> Margolis Edelstein <br> 220 Penn Avenue Suite 305 <br> Scranton, PA 18503 <br> 570-257-6510 <br> rmetcho@margolisedelstein.com |